IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| MAXINE CARDA, ) | |
| ) | |
| Plaintiff, ) | 8:04CV502 |
| ) | |
| v. ) | |
| ) | |
| ABBOTT PARKING, INC., ) | ORDER AND JUDGMENT |
| ) | |
| Defendant. ) | |
| _____) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Defendant's motion for summary judgment (Filing No. 21) is granted; plaintiff's amended complaint is dismissed;

2) Defendant's request for attorney's fees is denied.

DATED this 10th day of August, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court